** COUNTY FREE FAIR BOARD, ELECTORS ** (1) THE LEVY REFERRED TO BY YOU (SAME NOT BEING A STATEWIDE LEVY, LOCAL) WILL CARRY IF A MAJORITY OF VOTERS OF TILLMAN COUNTY "VOTING UPON SAID PROPOSITION", VOTE IN FAVOR THEREOF. (ERECTING PUBLIC BUILDINGS FOR THE FREE FAIR — FIVE MILL LEVY) (2) ABSENTEE BALLOTS CANNOT BE VOTED FOR OR AGAINST THE FIVE MILL LEVY MENTIONED BY YOU CITE: 2 O.S. 104 [2-104](H), 19 O.S. 731 [19-731] [19-731], 26 O.S. 325 [26-325], 26 O.S. 345.1 [26-345.1] [26-345.1], ARTICLE X, SECTION 10 (FRED HANSEN)